UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, et al.,<br><br>Defendants. | No. 2:17-cv-01610-TLN-AC<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 18, 2018, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 19.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 20.) Defendant responded to Plaintiff's objections. (ECF No. 21.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 18, 2018 (ECF No. 19), are adopted in full;

2. Defendants' motion to dismiss (ECF No. 11) is granted;

3. Plaintiff's 42 U.S.C. § 1983 claims against California Department of Fair Employment and Housing are dismissed with prejudice; and

4. Plaintiff's claims against Sonja Thurman are dismissed with leave to amend.

Dated: March 16, 2018

Troy L. Nunley
United States District Judge