UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO RAMOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONJA THURMAN,<br><br>　　　　　Defendant. | No. 2:17-cv-01610 TLN AC PS<br><br><br>ORDER |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff has been granted leave to amend his complaint against defendant Sonja Thurman only. ECF No. 22, 19. IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint that complies with ECF Nos. 19 and 22 within 30 days of the date of this order.
2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: March 19, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE