| | |
|---|---|
| LEONARDO RAMOS, | No. 2:17-cv-01610 TLN AC (PS) |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On March 19, 2018, the district judge adopted findings and recommendations dismissing plaintiff's complaint but granting plaintiff 30 days to file an amended complaint against one defendant. ECF No. 22. On March 20, 2018, the undersigned instructed plaintiff that his amended complaint must be filed within 30 days. ECF No. 23. Plaintiff was cautioned that failure to timely file could lead to a recommendation that the action be dismissed. Id. Plaintiff did not timely file an amended complaint. Plaintiff is hereby ordered to show cause by May 7, 2018 why this case should not be dismissed for failure to prosecute. The filing of an amended complaint by the May 7, 2018

////

////

1

deadline will discharge this order to show cause. If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: April 23, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE